IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE JESS MURILLO,

     Petitioner,                  No. CIV S-08-1019 GEB EFB P

    vs.

MIKE EVANS,

     Respondent.               ORDER

_____/

     Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a).

     Petitioner challenges a conviction in the Tulare County Superior Court and so this action should have been commenced in the district court in Fresno. Local Rule 3-120(d). The court will not rule on petitioner's application leave for to proceed *in forma pauperis*.

     Accordingly, it is hereby ordered that:

     1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

     2. The Clerk of Court shall assign a new case number.

/////

/////

/////

1

3. All future filings shall bear the new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: June 3, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2